IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CV-00230-M

**Frederick Articuno**,

                Plaintiff,

v.

**Frank J. Bisignano**, Commissioner of
Social Security,

                Defendant.

**Memorandum & Recommendation**

This cause comes before the court upon Plaintiff Frederick Articuno's motion for leave to proceed i*n forma pauperis*. Mot., D.E. 2. The court may grant his request if he submits an affidavit describing his assets and the court finds that he cannot pay the filing fee. 28 U.S.C. § 1915. In assessing a request to proceed IFP, the court should consider whether the plaintiff can pay the costs associated with litigation "and still be able to provide himself and his dependents with the necessities of life." *Adkins* v. *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted).

The court has reviewed Articuno's application and has determined that he has the ability to pay the filing fee. Articuno's financial affidavit reveals that his household income exceeded $4600 per month over the last year and will be over $4200 next month. Mot. at 2. Household expenses for Articuno and his wife are about $3150 each month. *Id*. at 5. Household assets include two motor vehicles valued at $4000, checking accounts with a combined balance of over $500, and an investment accounts totaling more than $160,000. *Id*. at 2. So Articuno has not shown that payment of the required court costs would deprive him of "the necessities of life."

So the undersigned recommends that the court deny Articuno's motion for leave to proceed in forma pauperis (D.E. 2) and that he be allowed 14 days to pay the requisite filing fee.

The Clerk of Court must serve a copy of this Memorandum and Recommendation ("M&R") on each party who has appeared in this action. Any party may file a written objection to the M&R within 14 days from the date the Clerk serves it on them. The objection must specifically note the portion of the M&R that the party objects to and the reasons for their objection. Any other party may respond to the objection within 14 days from the date the objecting party serves it on them. The district judge will review the objection and make their own determination about the matter that is the subject of the objection. If a party does not file a timely written objection, the party will have forfeited their ability to have the M&R (or a later decision based on the M&R) reviewed by the Court of Appeals.

Dated: May 22, 2026.

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

2